STELLA F. BERTRAM, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30232.)

JOHN BERTRAM, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30233.)

GERALD HOTALING, as Limited Administrator of the Estate of JAMES HOTALING, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30490.)

Argued March 1, 1954; decided April 8, 1954.

*Richard C. Mitchell* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.